# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00607-CR

**Richard Deangelo Dunlap, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
## NO. 61386, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Deangelo Dunlap seeks to appeal from a conviction for possession of cocaine.  The trial court has certified that this is a plea bargain case and Dunlap has no right of appeal.  The trial court has further certified that Dunlap waived his right of appeal, if any.  The appeal is dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   November 9, 2007

Do Not Publish